1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12 LINH AI LY,                              )
                                            )  No. C 07-3440 EMC
13                Plaintiff,                )
                                            )
14         v.                               )
                                            )  **PARTIES' CONSENT TO MAGISTRATE**
15 MICHAEL CHERTOFF, Secretary of the       )  **JUDGE JURISDICTION**
   Department of Homeland Security;         )
16 EMELIO GONZALEZ, Director of U.S.        )
   Citizenship and Immigration Services;    )
17 ROSEMARY MELVILLE, District Director of  )
   the San Francisco U.S. Citizenship and   )
18 Immigration Services;                    )
   ROBERT S. MUELLER, III, Director of the  )
19 Federal Bureau of Investigation;         )
                                            )
20                Defendants.               )
                                            )
21

22     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiff and

23 the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

24 conduct any and all further proceedings in the case, including trial, and order the entry of a final

25 judgment.

26 ///

27 ///

28

Consent to Magistrate Jurisdiction
C07-3440 EMC                                        1

| | |
|---|---|
| 1  Date: August 14, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS |
| 3 | United States Attorney |
| 4 | |
| 5 |        /s/<br>EDWARD A. OLSEN |
| 6 | Assistant United States Attorney<br>Attorneys for Defendants |
| 9 |        /s/ |
| 10  Date: August 13, 2007 | FRANK M. TSE<br>Attorney for Plaintiff |

Consent to Magistrate Jurisdiction
C07-3440 EMC                     2