1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 LINH AI LY,                              )
                                            )  No. C 07-3440 EMC
13              Plaintiff,                  )
                                            )
14        v.                                )
                                            )  **STIPULATION TO DISMISS AND**
15 MICHAEL CHERTOFF, Secretary of the       )  **[PROPOSED] ORDER**
   Department of Homeland Security;         )
16 EMELIO GONZALEZ, Director of U.S.        )
   Citizenship and Immigration Services;    )
17 ROSEMARY MELVILLE, District Director of  )
   the San Francisco U.S. Citizenship and   )
18 Immigration Services;                    )
   ROBERT S. MUELLER, III, Director of the  )
19 Federal Bureau of Investigation;         )
                                            )
20              Defendants.                 )
                                            )
21

22      Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to

26 adjudicate such application within 30 days of the dismissal of this action.

27      Each of the parties shall bear their own costs and fees.

28 ///

Stip. to Dismiss
C07-3440 EMC                               1

1  Date: August 14, 2007                              Respectfully submitted,

2                                                     SCOTT N. SCHOOLS
                                                      United States Attorney
3

4
                                                      _____/s/_____
5                                                     EDWARD A. OLSEN
                                                      Assistant United States Attorney
6                                                     Attorneys for Defendants

7

8

9                                                     _____/s/_____
   Date: August 13, 2007                              FRANK M. TSE
10                                                    Attorney for Plaintiff

11
                                     **ORDER**
12
         Pursuant to stipulation, IT IS SO ORDERED.
13

14
   Date:    August 15, 2007
15                                                    EDWARD
                                                      United Sta
16

17

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)

Stip. to Dismiss
C07-3440 EMC                              2